IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DAWN MICHELE WEILER )
)
v. ) NO. 3-14-1347
) JUDGE CAMPBELL
SOCIAL SECURITY ADMINISTRATION )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 16), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Plaintiff's Motion for Judgment on the Record (Docket No. 13) is DENIED, and the decision of the Social Security Administration is affirmed.

The Clerk is directed to close this file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

                                                             TODD J. CAMPBELL
                                                             UNITED STATES DISTRICT JUDGE